IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD H. BOYD, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | Case No. 09-4921 |
| v. | : | |
| | : | |
| CAMBRIDGE SPEAKERS SERIES, INC., et. al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 18th day of June, 2010, upon consideration of Defendant's Motion to Enforce the Settlement Agreement and to Dismiss the Complaint (Doc. No. 5), Defendant's Memorandum of Law in Support of Motion (Doc. No. 13), Plaintiff's Response to Defendant's Motion (Doc. No. 15), Defendant's Memorandum of Law in Further Support of its Motion (Doc. No. 17), and after a hearing on the Motion on March 16, 2010, it is hereby ORDERED that Defendant's Motion to Enforce the Settlement Agreement and to Dismiss the Complaint (Doc. No. 5) is DENIED in its entirety. It is further ORDERED that Plaintiff's Cross-Motion to Strike Improper Exhibit (Doc. No. 15) is DENIED.

BY THE COURT:

 /s/ Joel H. Slomsky, J. 
JOEL H. SLOMSKY, J.